IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELVIN SPEARMAN,
    Plaintiff,

v.

ANGELIQUE SOTELLO, *et al.*,
    Defendants.

FILED
JUL 27 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

CIVIL ACTION NO. 18-CV-2595

## ORDER

AND NOW, this 27th day of July, 2018, upon consideration of Plaintiff Melvin Spearman's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons stated in the Court's Memorandum.

4. Spearman is given leave to file an amended complaint within thirty (30) days of the date of this Order. If he chooses to file an amended complaint, Spearman shall list all defendants in the caption of the amended complaint as well as in the body of the amended complaint, and shall specify how each defendant was responsible for violating his rights. Spearman shall not raise any claims that are barred by judicial immunity or prosecutorial immunity. Upon the filing of an amendment the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECETED** to send Spearman a blank copy of this Court's form complaint to be used by a non-prisoner filing a civil case bearing the civil action number of this case. Spearman may use this form to file an amended complaint.

6. If Spearman fails to file an amended complaint, this case may be dismissed for

failure to prosecute without further notice.

BY THE COURT:

JUAN R. SANCHEZ, J.